IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

**RODERICK KEITH COOPER, #1186437** §

**VS.** § CIVIL ACTION NO. 5:09cv105

**RICHARD STANLEY, ET AL.** §

## ORDER OF DISMISSAL

Plaintiff Roderick Keith Cooper, an inmate confined at the Telford Unit of the Texas prison system, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that the complaint should be dismissed. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contain her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Plaintiff are without merit. In his objections, the Plaintiff stressed that the Defendants did not follow property rules, which led to his property being stolen. His lawsuit is barred by the *Parrott/Hudson*[1] Doctrine. The Plaintiff may have a basis for a lawsuit in state court concerning his property, but he does not have a basis for a potentially meritorious lawsuit in federal court. Therefore the findings and conclusions of the Magistrate Judge are adopted as the findings and conclusions of the Court. It is accordingly

---

[1] *Hudson v. Palmer*, 468 U.S. 517, 533 (1984); *Parratt v. Taylor*, 451 U.S. 527 (1981).

1

**ORDERED** that the civil rights complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1). It is finally

**ORDERED** that all motions not previously ruled on are **DENIED**.

**SIGNED this 28th day of September, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE